**Order filed, February 1, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01115-CV

_____

**GIOVANNY VASQUEZ, SUBSTITUTE TRUSTEE OF THE BEATRICE RAMON 2007 IRREVOCABLE TRUST, Appellant**

**V.**

**RELIASTAR LIFE INSURANCE COMPANY, ING LIFE CLAIMS, STEVEN BISHOP AND INTEGRIPLAN FINANCIAL GROUP, Appellee**

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-38805**

### ORDER

The reporter's record in this case was due **January 18, 2013**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Susan Leediker**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM